UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF LOUISIANA
ALEXANDRIA DIVISION

**ROSY PAUL YOUNGER**  CASE NO. 1:20-CV-00823 SEC P

**VERSUS**  JUDGE DRELL

**DIANE WITTE ET AL**  MAGISTRATE JUDGE PEREZ-MONTES

## ORDER

The court is aware of the pleading and request for habeas corpus relief in this case. (Doc. 1). Relief is requested under the name "Rosy Paul Younger a/k/a Mary Beggs." Whichever is correct, petitioner seeks immediate release because of the existence of COVID-19 in Immigration and Customs Enforcement ("ICE") facilities. In the alternative, petitioner seeks injunctive relief.

The record so far contains no basis upon which the court might grant a temporary restraining order if indeed petitioner seeks such relief. There exist far too many questions regarding: (1) the actual identity of petitioner; (2) the extent to which her various maladies as alleged actual constitute co-morbidities to COVID-19; and (3) petitioner's actual exposure to the virus at her present place of incarceration. We note that general arguments about the dangers of and risks presented by COVID-19, while reflective of concerns shared by the court, are not relevant to a showing of irreparable harm necessary for the extraordinary relief sought by this petitioner.

Accordingly, to the extent that a temporary restraining order is sought herein, such relief is DENIED at this time. However, this matter is REFERRED to the Magistrate Judge for further review, consideration, any necessary hearings and for preparation of a Report and Recommendation.

1

THUS DONE AND SIGNED at Alexandria, Louisiana this  2nd  day of July, 2020.

DEE D. DRELL, JUDGE  
UNITED STATES DISTRICT COURT