UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF LOUISIANA
ALEXANDRIA DIVISION

| | |
|---|---|
| ROSY PAUL YOUNGER,<br>Plaintiff | CIVIL DOCKET NO. 1:20-CV-00823<br>SEC P |
| VERSUS | JUDGE DRELL |
| DIANE WITTE ET AL,<br>Defendants | MAGISTRATE JUDGE PEREZ-MONTES |

## JUDGMENT

For the reasons contained in the Report and Recommendation of the Magistrate Judge previously filed herein (ECF No. 23), noting the absence of objections thereto, and concurring with the Magistrate Judge's findings under the applicable law;

IT IS ORDERED that the Petition for Writ of Habeas Corpus (ECF No. 1) is DISMISSED WITHOUT PREJUDICE for lack of jurisdiction.

THUS, DONE AND SIGNED in Alexandria, Louisiana, on this 25 day of February 2021.

DEE D. DRELL
UNITED STATES DISTRICT JUDGE